**Antonio Charles BLOW, Petitioner—Appellant,**

v.

**Warden STANSBERRY, Defendant—Appellee.**

No. 08–8358.

United States Court of Appeals, Fourth Circuit.

Submitted: May 14, 2009.

Decided: May 26, 2009.

Antonio Charles Blow, Appellant Pro Se.

Before MOTZ and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antonio Charles Blow, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2006) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Blow v. Stansberry,* No. 2:08–cv–00426–RGD–TEM (E.D.Va. Oct. 6, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-

fore the court and argument would not aid the decisional process.

*AFFIRMED.*